IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CESARE WRIGHT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. _____ |
| UNIVERSITY OF ST. THOMAS, | § § § | |
| Defendant. | § § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Cesare Wright files his Original Complaint against Defendant University of St. Thomas ("UST") and respectfully shows the Court the following:

### A.  PARTIES

1. Plaintiff Cesare Wright is a resident of Harris County, Texas.

2. Defendant University of St. Thomas is a post-secondary educational institution located in Houston, Texas and is a recipient of federal funding. The Board of Directors, the official governing body of University of St. Thomas, is charged with its governance and operations.

### B.  JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 because it arises under the laws of the United States, specifically, Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, *et seq*. ("Title IX") and the implementing regulations promulgated under Title IX.  This Court has supplemental jurisdiction over state law claims under U.S.C. §1367(a) because they arise out of the same case or controversy.

4. Venue is proper in this District under 42 U.S.C. § 2000e-5(f)(3) because the unlawful employment practices alleged in this case occurred in the Southern District of Texas; the

1

employment records that pertain to the violation occurred here; and Plaintiff would have worked in the Southern District in the absence of the violation.

### C.   FACTS

<u>The Treatment of Women at UST</u>

5. UST graduates significantly more women than men from the school (https://datausa.io/profile/university/university-of-st-thomas-227863) (in 2023, UST awarded 719 degrees to women and 402 to men)). Notwithstanding this, throughout its history and even today, its administration, faculty, and Board of Trustees have been predominantly male. UST appointed its first female president in August 2025.

6. UST has a history of complaints of discrimination and sexual abuse from its women students and even its professors, many of which have been silenced or suppressed by UST's delay or by its failure to remediate concerns. In addition, the school has a history of punishing whistleblowers who speak out about these concerns.

7. For example, in a 2018 lawsuit, UST Associate Vice President for Academic Affairs Dr. Siobhan Fleming alleged ongoing retaliation after she requested UST investigate an explicit photo she received from a male UST professor, Adam Martinez. She alleged that UST's former Director of Human Resources and Title IX Coordinator Randy Graham—who according to UST documents appeared to be reprimanded in 2019 and then fired in 2023 for sexual harassment[1]—discouraged her from filing a formal report, claiming that it would be fruitless since UST did not intend to terminate Martinez. Dr. Fleming alleged that then-UST Provost Dr. Dominic Aquilla also

---

[1] This document, and others referenced in this Complaint, are available in the office of undersigned counsel.

discouraged Dr. Fleming from making a report. In her lawsuit, she alleged she faced retaliation for pursuing her report.

8. For example, long-tenured English professor Dr. Janet Lowery formally complained of sexism and racism in November 2023 after UST appointed Dr. Martin Lockerd Chair of the English Department. Dr. Lockerd had one year of experience teaching at UST, while Dr. Lowery had 33 years of experience. She also complained that the Department favored Dr. Lockerd over her by asking her to cancel a class that was similar to his.

9. For example, in March 2023 undergraduate student Rose Bujard complained that UST professor James Barloon had sexually harassed and stalked her. The University took a year to investigate Ms. Bujard's complaints—and then told her that its findings of whether her allegations occurred were "inconclusive." The University decided that Professor Barloon would keep his job, and he received no economic or disciplinary sanctions, according to the investigation report. Ms. Bujard sued UST in December 2024, and alleged that Professor Barloon's behavior continued into 2024.

10. For example, based on a review of 2023 reports to the Board of Trustees about campus crime, the UST administration excludes reports of sexual assault that occur on campus from the Board report about crime.

11. The University's leadership has been so hostile to Title IX complaints, in fact, that former Vice President of Academic Affairs Dr. Chris Hayes and the Division Dean of Liberal Studies Dr. Andrew Hayes retained their own private legal counsel in April 2024 to attempt to stop UST from investigating Title IX complaints against them.

12. It is not surprising, then, that when Plaintiff Dr. Wright began to complain about his colleague's sexism toward female students, as detailed below, UST leadership dismissed his

3

complaints, told him to keep quiet, and then fired him for not being a "team player." Indeed, UST Division Dean Dr. Tom Behr told Dr. Wright that he "should not expend so much personal capital creating opportunities for women, because they will just get married and find a husband to support them anyway."

<u>Plaintiff Dr. Wright and his Contributions to UST Summarized</u>

13.     Dr. Wright began working as an Assistant Professor for UST in August 2021, and taught there through August 2024 when he was involuntarily terminated. At the time of his hire, UST tasked Dr. Wright with revitalizing its Communications department and bringing course offerings into the digital age. Dr. Wright did that and more.

14.     Dr. Wright has a unique background in that he has both a PhD in Visual and Cultural Studies from the University of Rochester and an MFA in Cinematic Arts from the University of Southern California. He is an expert in digital communications and media technology. He spent seven years at Rice University as a Leadership Specialist, RCEL Lecturer, and co-developer of the Rice Center for Engineering Leadership. He is the only individual licensor for Microsoft and prior to his time at UST, he developed Microsoft-branded programs which were taught to over 30,000 students. He incorporated those programs into his UST courses.

15.     Dr. Wright's unique background meant he not only was an excellent teacher, he had the capability to initiate a sea change in the UST Communications department with his mastery of new technologies in the field. Dr. Wright delivered on his early promises to UST. He started a Digital Media Initiatives program for Communications students. He increased UST's community partnerships; indeed, the week before he was notified of his contract non-renewal, UST President Richard Ludwick attended a press conference touting Dr. Wright's new internship program with Fox 26.

16.     Over the course of his employment as a UST Professor of Communications, Dr. Wright submitted $1.5 million in grant applications and developed 20 new courses for the department.  He designed, created, and launched a master's degree program in Digital Media and Emergent Technology.  He leveraged his media contacts to bring esteemed professionals to lecture and co-teach, including Debra Duncan and Melissa Wilson.  He increased internship placements for UST Communications students from one to two per semester to 10-15 per semester, including five new internships with the local FOX station.

17.     Dr. Wright's classes always met the enrollment cap (and in fact were consistently overenrolled) and his teaching evaluations were high.  Dr. Wright also taught extra classes to make up for the lack of Communications classes, even though his contract and UST policy did not require this.

18.     Dr. Wright's efforts benefited female students at UST, because the Communications Department was overwhelmingly made up of women.

<u>In 2022, Dr. Wright Begins to Notice That Rad-Trad UST Leaders' Ideology Affect Students and the Curriculum</u>

19.     As his first year at UST concluded in the summer of 2022, Dr. Wright noticed that under the direction of Vice President of Academic Affairs ("VPAA") Dr. Chris Evans, Executive Dean for Arts & Sciences Dr. George Harne, and others, the University was remaking itself as a "radical traditionalist" or "rad-trad" university, at the expense of its students.  According to a document prepared by UST in late 2023/early 2024, describing this schism:

> The University operates in silos.  Doors are closed. Open and direct conversation does not exist. There is extensive and inappropriate gossip, intimidation between these groups and the dissemination of inaccurate information.

> More concerning is a group of faculty who are supporters of [VPAA Dr. Evans] and appear to be carrying out the "plan" that Dr. Evans was executing. They are ill equipped for their roles, destructive to culture and believe UST should be a more conservative Catholic institution according to their own ideology. This group is not supportive of the Pope and the Basilian Fathers and are very judgmental as the strategic formation of the University; desiring UST to teach philosophy and theology, and close or diminish and weaken the nursing, education, engineering and business schools. As outrageous as this seems, they have had the opportunity to create layers of administration by appointing associate, assistant, and executive Deans within one department, resulting in additional expense. This practice along with the payment of stipends (grants and bonuses) for faculty leadership has resulted in higher run rate expense than planned.

20. As UST itself recognized, during Dr. Wright's tenure Dr. Evans, Dr. Harne, Division Dean of Liberal Arts Dr. Andrew Hayes, and many others subscribe to this rad-trad viewpoint and university leaders were chosen based on their loyalty to Dr. Evans and his allies.

21. Former UST President Father Dempsey Rosales-Acosta wrote about this division in 2024:
    > Group A considers itself the true defender of the Catholic Church. This attitude has led them to discriminate and judge other members of the university, students and staff, because they are not the right kind of Catholics. This attitude leads to the rejection and marginalization of other faculty, staff, and students who are not Catholic. There are specific examples of complaints about a Core Fellow professor who mistreats Protestant students in the classroom. They use the concept of Catholicism as an ideological tool to judge and divide the community. This attitude has been growing over the past 4 years.

> Key people in this group are in administrative and leadership positions appointed directly or indirectly by the VPAA (Dr. Evans). The individuals who have caused great division in the faculty community are Dr. Harne: Executive Dean of Arts and Sciences (Core Fellow), Dr. Hayes: Division Dean of Liberal Arts and Director of Core Fellows (Theology), and Dr. [Martin] Lockerd: Associate Division Dean of Liberal Arts (Core Fellow). There are also other members associated with this axis: Dr. [James] Monaghan, Dr. [Brian] Carl (Vice Chair of the Faculty Senate and Director of the Department of Philosophy), Dr. [Jon] Kirwan (Theology and Core Fellow who is also Director of the D.Ed. and Master's Programs in Education).
>
> Group B includes Catholic members of the faculty and is the majority of the faculty. This group perceives the Catholic members of Group B as bullies who are not open to dialogue. The moment they receive an opinion, a constructive criticism or any form of criticism, they are treated as enemies and suffer any form of retaliation from those who are in administrative position.
>
> \*   \*   \*   \*   \*
>
> Group A has taken over the position of leadership in various schools at UST. The VPAA has placed people in leadership positions who, under the umbrella of being "good Catholics," have as their true function "loyalty to the person of the VPAA," not to the mission of UST or the good of the institution. The loyalty is to Dr. Evans, not to UST. This has become the absolute standard of judgment.

22.   UST allowed the campus to become so polarized that even the Basilian Fathers in Canada sent a letter to the UST Board Chair Robert Corrigan in January 2025, warning of this same "traditionalist ideology." They wrote:

> Much of this conflict has been caused by a small yet vocal minority on campus that sees itself as the authentic protectors of a certain vision of Catholicity that we as Basilians cannot support. We see ourselves as faithful Catholic religious priests who are faithful to the teaching magisterium of the Church, under the wise guidance of our Holy Father Pope Francis and ultimately to the Lord Himself.
>
> \* \* \* \* \*
>
> [W]e are troubled by the current divisive culture where our faith, the most precious gift we have, is used as a weapon to protect a rather traditionalist ideology. Using our faith in such a way betrays the Church and its Magisterium, the Holy Father, our Basilian philosophy and tradition of education, and ultimately the Gospel of Jesus Christ.
>
> In these past few years, a divisive minority has done much harm to the unity of the Church, and has crept into the faculty, administration, and even onto the Board of Trustees. Among this group are some very good people who are overly influenced by the strategizing of a few hard-core followers of a particular mindset that is neither collaborative nor open to models of the Church outside of their own limited perspective

23. Because there was no check on this "small yet vocal minority" leading the campus, they were allowed to contract and then hire Joseph Garcia, a convicted con man and fraud, who at one point was given access to every University file and record.

24. The rad-trad attitude toward women was antiquated and sexist, as evidenced by Dr. Behr's comment to Dr. Wright that he was wasting time advocating for female students who would give up their careers to be wives. Associate Vice President for Academic Affairs Dr. James Monaghan expressed similar sentiments about a human trafficking podcast created by some of Dr. Wright's female students, which Dr. Wright championed. Dr. Monaghan told Dr. Wright "the cloistered

8

nuns living in seclusion and praying for their sins" did more for women than "these types of programs."

25. This attitude also affected the University's mission to its students and began to threaten the University's accreditation renewal from the Southern Association of Colleges and Schools Commission on College (SACSCOC).  For example, Dr. Wright noticed by Spring semester 2022 that many Communications courses offered in the course catalog, including courses required to complete a Communications degree, in fact were not available, which is a SACSCOC violation. This likely was related to the Communications department's decision to fire four adjunct professors who, not coincidentally, all were committed to social justice issues.  This left Dr. Wright and Dr. Adam Pugen as the only full-time professors.

26. In its 2024 evaluation, SACSCOC called out the University for several of the same concerns that Dr. Wright had raised.

<u>Dr. Wright Decides to Complain to UST Academic Leaders About Sexism and the Negative Effect of Rad-Trad Decision-Making on the Curriculum</u>

27. By his second year teaching in the 2022-23 school year, Dr. Wright had earned the trust of the overwhelming majority of the Communications students. They began to confide in him that they did not appreciate the way that his Communications department co-professor Dr. Pugen taught or treated them in class. Dr. Pugen was a member of the rad-trad minority at UST and close with key leaders with the same beliefs.  Students also complained to him that Dr. Pugen was harassing and discriminating against non-Catholic students. They told Dr. Wright that they had provided examples of Dr. Pugen's behavior on teaching evaluations and filed complaints with Academic Affairs, but had received no response.

28.     Dr. Wright saw the effect of this, as his own courses were often overenrolled, while Dr. Pugen's classes had few attendees and consistently were canceled outright for lack of students. Dr. Pugen had no prior teaching experience and no professional or media communication experience.

29.     Dr. Wright then witnessed for himself Dr. Pugen's sexist and discriminatory attitude toward female students.  In March 2023, Dr. Pugen texted Dr. Wright about a student-designed flyer for a student-led event called "Rise & Grind."  The event was for Communications majors to share information about what was going on in the department.  The flyer had two women staring directly at the camera.  Dr. Pugen stated that the image and word choice were "salacious." Dr. Wright explained that this phrase was very common in the business and sports worlds and did not have a sexual connotation. He also questioned whether Dr. Pugen would have the same comment if the images were of men rather than women.

30.     On approximately the day following this text exchange, some female students came to Dr. Wright's office, crying. They told him that Dr. Pugen had projected the flyer image in their class and asked the other students to explain to them why the flyer was sexualized and offensive, and how pop culture was making girls "prostitute" themselves for likes and attentions online. One student reported Dr. Pugen also had used the word "whore" in this discussion. The students were extremely upset and felt humiliated, and one decided to drop Dr. Pugen's class.

31.     After this, in late April 2023, Dr. Wright sent an email to Dr. Thomas Behr, Dean of Social and Behavioral Sciences, setting forth the multiple concerns he had regarding the Communications department that he feared would lead to accreditation problems.  On May 6, 2023, he emailed Associate VPAA Dr. James Monaghan with the same concerns.

32. Dr. Wright chose not to put in writing his concerns about Dr. Pugen's discrimination against female and non-Catholic students. Instead, in the written document he asked them to improve faculty supervision and evaluation, which is a SACSCOC requirement, because students had told Dr. Wright that they had put their concerns about Dr. Pugen in writing in course evaluations, and had never received any feedback in response.

33. On May 10, 2023, following up from his email, Dr. Wright met with Dr. Behr, VPAA Dr. Evans, and Dr. Harne about his concerns. In addition to a discussion of the accreditation risks, Dr. Wright told them about Dr. Pugen's sexist treatment of his female students regarding the Rise & Grind flyer, and about Dr. Pugen's disparate treatment of non-Catholic students. He also told them that the female students described Dr. Pugen as "hateful" and "abusive" to them.

34. Dr. Harne told him not to share his concerns with anyone else.

35. When Dr. Wright encouraged them to look at student evaluations of Dr. Pugen's courses, they told him that "this [wa]s not a popularity contest" and that they did not bother to read student evaluations. They told Dr. Wright to focus on the graduate program he was developing, and that he was overly focused on undergraduate concerns and thus should back away from teaching them.

36. They also told Dr. Wright to "destroy" the document in which he outlined the SACSCOC concerns.

<u>UST Contracts with Dr. Wright to Develop and Implement a Master's Program in Digital Media, Promising Him Stipends To Do So</u>

37. In the Spring semester 2023, Dr. Wright negotiated with Dr. Harne and others the work he would do to develop a Communications graduate program, a master's in Digital Media Initiatives and Emergent Technologies. He agreed that he would spend the summer of 2023 developing the program in exchange for a payment of $25,000. Normally Dr. Wright's summers did not include

any duties to UST; instead, his contract provided for 24 hours of teaching over the academic year, which he had completed by the end of the spring semester. Dr. Wright devoted himself to this project over the summer, working many hours per week to complete it. By the beginning of the fall semester, he had completed this work, developing 15 graduate level courses, including syllabi, for approval. The budget approved for the new master's program included the $25,000 stipend for the summer work and a $12,500 per semester stipend for the extra teaching. The new degree program was approved at successive levels in 2023, including by UST's Board.

38.     In August 2023, Dr. Wright met with VPAA Dr. Evans to discuss the new master's program he had spent the summer developing. Dr. Evans spoke very optimistically about the degree, saying he was "very excited" and calling it "very, very, very important." Dr. Wright told Dr. Evans about students' interest in the graduate program and in updated, technology-centric communications courses. They discussed how Dr. Wright could build a "prestige" digital communications major, the revenue that the MA program could bring in, and how Dr. Wright's elevated media profile could enhance UST's reputation.

39.     During this conversation, Dr. Wright chose to bring up his concerns about Dr. Pugen as well, disclosing to Dr. Evans that students still were complaining to him about Dr. Pugen, which made him reluctant to give him a large role in the master's degree program. In an otherwise enthusiastic conversation, Dr. Evans made clear the price of persisting with these complaints. He told Dr. Wright that expressing these concerns about Dr. Pugen and restricting the amount of Dr. Pugen's teaching to master's degree students "doesn't make [Dr. Wright] look like a team player."

40.     In mid-September 2023, the UST Board approved Dr. Wright's graduate school program in Digital Media and Emergent Technology to begin in Spring 2024, announcing it to students and

enrolling several. This program was on track to provide much-needed revenue to UST in the form of student tuition and a projected $1.5 million in grants.

41.     Dr. Wright then went on to teach the master's courses in Spring 2024, in addition to his regular teaching load.  The MA program was publicized and endorsed by Fox26, KHOU Channel 11, and Microsoft.  Dr. Wright intended to continue to request grants from Microsoft, and anticipated that he would eventually be able to obtain seven-figure grants from the company.

As Dr. Wright Is Launching His New Graduate Program to Acclaim, He Continues to Oppose Discrimination at the University

42.     In Fall semester 2023 Dr. Wright's courses continued to be overenrolled and he taught extra courses so that Communications majors could graduate on time.  He also continued working to launch the graduate program for the next semester. During this time, Dr. Wright continued to be dismayed at the discrimination that he observed and that was reported to him.

43.     Both Dr. Harne and Dr. Evans had told Dr. Wright that he needed to ignore his conscience and be a team player by keeping his concerns about discrimination against female students to himself.

44.     On November 21, 2023, Dr. Wright met with Dr. Harne and new department chair Dr. Lockerd to discuss his ongoing concerns, noting that the University had not taken any remedial action to ensure that Dr. Pugen stopped discriminating against students, and that the University continued to treat students differently on the basis of gender. Dr. Wright stated that he did not feel that Dr. Pugen should teach multiple classes in the master's program until these issues were addressed.

45.     Dr. Harne told Dr. Wright that there would "be no graduate program" if Dr. Pugen did not teach at least two classes. Dr. Wright then responded that he would comply, but he would continue to voice his concerns regarding Dr. Pugen.

<u>After Dr. Wright Refuses to Be A "Team Player" By Remaining Silent about Dr. Pugen's Discrimination, He Is Fired—Notwithstanding All His Contributions to UST</u>

46.     Less than three weeks after this renewed complaint about Dr. Pugen, on December 12, Dr. Evans and Dr. Lockerd met with Dr. Wright.  Notwithstanding Dr. Evans' glowing assessment of Dr. Wright and his new master's program—which no other UST faculty member was qualified to teach—they told Dr. Wright that his contract would not be renewed for the 2024-2025 school year on a "without cause" basis and the next semester would be his final one teaching at UST.

47.     This is not withstanding the fact in the weeks before, UST had confirmed Dr. Wright's courseload for 2024-25.  It also had accepted and matriculated students into his graduate program—and those students took classes from Dr. Wright in the Spring semester of 2024.

48.     That same day, Dr. Wright met with then-UST President Dr. Richard Ludwick, who told him point blank that UST terminated Dr. Wright because certain leaders were "having difficulty" with him even though he recognized that Dr. Wright had done "a remarkable job" for the University. In their conversation, Dr. Ludwick admitted that Dr. Wright had been an asset to UST at every level—as a teacher, as a mentor, as a program leader, and as a champion of University programs in the greater community—and that it was his continued insistence that the University follow the law that led to his ouster. Indeed, Dr. Ludwick had attended a press meeting about Dr. Wright's program in the weeks before with the FOX 26 General Manager.  Dr. Ludwick told Dr. Wright that it was Dr. Evans' decision to fire him.  He further said that Dr. Evans told him that the

14

problem was Dr. Wright's "behavior," not his new program or any other aspect of his teaching or service to the University.

49. Firing Dr. Wright made neither economic nor academic sense. It meant that UST had to cancel the master's degree program and that undergraduate students would be unable to finish their degrees on time. Communications courses were halved and then cut by three quarters. This was highlighted in a *Houston Chronicle* article of April 20, 2024.

50. In March 2024, more than a year after students first complained about him, a report was issued finding that Dr. Pugen had made anti-Catholic comments in class, and he was instructed to refrain from this going forward. No similar report appears to exist regarding Dr. Wright's complaints that Dr. Pugen had described his students as prostituting themselves or other sexist behavior. Dr. Pugen was asked to leave UST; however UST leadership allowed a challenge to Dr. Pugen's termination before the faculty senate and the same leadership who had fired Dr. Wright rallied around Dr. Pugen, notwithstanding Dr. Wright's superior credentials and contributions to the Communications department. In Fall 2025, UST again offered Dr. Pugen a teaching position.

51. UST retaliated even after notifying Dr. Wright of his termination. For example, it did not allow Dr. Wright to have his termination heard and considered in the Faculty Senate.

52. People who supported Dr. Wright also were punished. For example, before turning against Dr. Wright, former UST President Father Dempsey Rosales-Acosta filed a complaint alleging that he faced retaliation for allowing Dr. Wright to speak before the faculty Senate about his case.

UST Continues to Attempt to Destroy Dr. Wright's Reputation

**D.    CAUSE OF ACTION: RETALIATION IN VIOLATION OF TITLE IX**

53. Plaintiff adopts by reference all of the facts set forth above.

54. Plaintiff engaged in a protected activity when he advocated for female and non-Catholic students.

15

55. The Defendant notified Plaintiff December 12, 2023 that it intended to terminate his employment contract at the end of the 2023-24 school year. Similarly situated employees that had not alleged discrimination were offered employment contracts.

56. Plaintiff was subject to retaliation in violation of 20 U.S.C. § 1681, *et seq*. after vindicating the rights of his students by identify the gender and religious discrimination they were facing and bringing it to the attention of the University's administrators.

57. Retaliation for Plaintiff's advocacy of female and non-Catholic students is illegal and caused Plaintiff harm.

### E.     CAUSE OF ACTION: BREACH OF CONTRACT

58. Plaintiff adopts by reference all of the facts set forth above.

59. UST promised Dr. Wright that if he developed a new Master's degree program, the University would pay him a stipend of $25,000. It further promised him that it would pay him $12,500 per semester to teach those courses. The UST Board approved a budget with these amounts included. Dr. Wright performed by developing the master's program including 15 new courses, and by teaching some of these courses in the Spring semester, 2024. UST did not pay Dr. Wright these amounts.

60. Dr. Wright presented his demand to UST for payment of these amounts, and UST refused to pay them. He thus seeks attorney's fees in support of this contract action.

### F.     PRAYER

61. For these reasons, Plaintiff asks that the Court issue citation for Defendant to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:

   a. Actual damages including but not limited to pecuniary losses, non-pecuniary losses, and back pay;

  b.  Emotional distress and other compensatory damages;

  c.  Exemplary and punitive damages;

  d.  Reinstatement to his former position or in lieu of this, front pay;

  e.  Attorney's fees and court costs;

  f.  Prejudgment and post-judgment interest; and

  g.  All other relief to which he is entitled.

Respectfully submitted,

By: */s/ Samantha Martinez*
Samantha Martinez
State Bar No. 24026860
Federal ID No. 27604
Martinez Firm, PLLC
325 Heights Blvd.
Houston, TX 77007
Telephone: (713) 333-3270
Telecopier: (713) 333-3275
Email: sam@mtzfirm.com

ATTORNEY FOR PLAINTIFF
CESARE WRIGHT