**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CESARE WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:25-CV-05930 |
| | § | |
| UNIVERSITY OF ST. THOMAS, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

**MARTINEZ FIRM, PLLC'S MOTION TO WITHDRAW**
**AS COUNSEL FOR PLAINTIFF,**
**UNOPPOSED BY DEFENDANT AND OPPOSED BY PLAINTIFF**

Martinez Firm, PLLC (including Attorney Samantha Martinez), moves to withdraw as counsel in this matter for Plaintiff Cesare Wright, and shows that professional considerations permit the requested withdrawal.

1.      The Plaintiff in this case is represented by Samantha Martinez of Martinez Firm, PLLC ("Plaintiff's Counsel"). She filed Plaintiff's Original Petition on December 10, 2025 and a First Amended Petition on March 3, 2026. No motions are pending and no scheduling order has been entered.  The Parties have yet to attend their initial Rule 16 scheduling conference nor to serve Initial Disclosures.  No discovery has been served.

2.      Good cause exists for this Court to grant Plaintiff's Counsel leave to withdraw because of certain professional considerations, including: (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) continued representation has been rendered unreasonably difficult by the client, and (3) other good cause for withdrawal exits. *See* Tex. Disciplinary R. Prof. Conduct 1.16(b)(1), (6), and (7).

3.      Specifically, a conflict between Plaintiff and Plaintiff's Counsel has arisen that, in the view of the undersigned counsel, constitutes good cause for counsel to withdraw from continuing to represent the Plaintiffs in this matter.  Plaintiff's Counsel has attempted to resolve this conflict before filing this Motion.

4.      Confidentiality issues preclude Plaintiff's Counsel from providing specific information regarding the reasons for seeking withdrawal. *See* id. at 1.16 cmt. 3 ("The tribunal may wish an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation. The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient."); *see also* Tex. Comm. on Prof. Ethics, Op. 669 (2018) (counsel is prohibited from revealing <u>any</u> confidential information regarding the client's case and the relationship with the client, including both privileged and non-privileged information); American Bar Ass'n Formal Opinion 519 (2025) (reiterating that attorneys may not reveal confidential information in moving to withdraw, and setting forth procedure for ensuring confidentiality is maintained).   Plaintiff's Counsel has retained an attorney specializing in ethics to assist her in the ethical manner of withdrawal.

5.      Plaintiff's Counsel first provided notice of her withdrawal on February 26, 2026. On March 27, 2026, Plaintiff's Counsel emailed and mailed a letter to Plaintiff, via regular and certified mail, with additional information regarding his duties to the court if he intended to proceed pro se.  Plaintiff has been advised in writing of his right to object to the withdrawal and is opposed to this Motion.

6.     In the undersigned's over 25 years of practice, this is her first motion for leave to withdraw from a representation. Put simply, this motion has not been submitted lightly and would not have been submitted if counsel did not deem it necessary.

7.     Counsel has provided numerous names of alternative counsel to Plaintiff, and is unaware if Plaintiff has sought the assistance of new counsel.  Thus, Plaintiff's Counsel provides the following contact information for Plaintiff under this Court's procedures as if Plaintiff were to proceed pro se, as follows:

>Dr. Cesare Wright
>11902 Ashcroft Dr.
>Houston, TX 77035
>Tel. 713-614-7392
>Email: cesare@kinoeyecenter.com

For the above reasons, Plaintiff's Counsel respectfully requests that the Court grant this Motion.

Respectfully submitted,

By: /s/ Samantha Martinez
Samantha Martinez
State Bar No. 24026860
Federal ID No. 27604
Martinez Firm, PLLC
325 Heights Blvd.
Houston, TX 77007
Telephone: (713) 333-3270
Telecopier: (713) 333-3275
Email: sam@mtzfirm.com
ATTORNEY FOR PLAINTIFF
CESARE WRIGHT

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with counsel for Defendant, and Defendant is not opposed to this Motion.

*/s/ Samantha Martinez*
Samantha Martinez

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, a true and correct copy of the foregoing document was filed via the Court's CM/ECF filing system with a copy emailed to Plaintiff and to counsel for Defendant.

*/s/ Samantha Martinez*
Samantha Martinez